UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES B. FUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:14-cv-00817-RLY-DML |
| | ) |
| CITY OF INDIANAPOLIS, acting by and through its Metropolitan Police Department, RONALD BURGESS, SGT. MICHAEL CRODDY, and OFFICER C. BUTLER, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Pursuant to the court's ruling issued this day, the court now enters final judgment in favor of Defendants, the City of Indianapolis, acting by and through its Metropolitan Police Department, Detective Ronald Burgess, Sergeant Michael Croddy, and Sergeant Charles Butler, and against Plaintiff, James B. Fuson.

**SO ORDERED** this 31st day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.